UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8902 FMO (JCx) | Date | January 30, 2017 |
|---|---|---|---|
| Title | Stephen Yagman v. Nationstar Mortgage, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**     (In Chambers) Order to Show Cause Re: Staying of Action

    Having reviewed the record in this case, the court believes that it would conserve judicial resources if this action is stayed pending resolution of the appeal in the related action, Stephen Yagman v. Jay Bray, et al., CV 15-5512 FMO (JCx).  Accordingly, IT IS ORDERED THAT no later than **Thursday, February 2, 2017**, the parties shall each file a brief, not to exceed three pages, that addresses the question of whether the court should stay this action pending resolution of the appeal in Case No. 15-5512.

00 : 00

Initials of Preparer     vdr