**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN YAGMAN, | Case No. CV 16-8902 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NATIONSTAR MORTGAGE, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to the individual claims and without prejudice as to the class claims. The parties shall bear their own fees and costs.

Dated this 29th day of May, 2018.

/s/
Fernando M. Olguin
United States District Judge